IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. VELA, | : | Civil No. 1:23-CV-01043 |
| Plaintiff, | : | |
| v. | : | |
| CHRISOPHER KELLY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 22nd day of August, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss for failure to state a claim on which relief can be granted pursuant to Fed. R. Civ. P. 12(b), Doc. 11, is **GRANTED**.

2. The complaint, Doc. 1, is **DISMISSED** with prejudice.

3. The Clerk of Court is directed to **CLOSE** the case.

                                              s/Jennifer P. Wilson
                                              JENNIFER P. WILSON
                                              United States District Judge
                                              Middle District of Pennsylvania